# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMY MCBRIDE**, | : CIVIL ACTION NO. 1:17-CV-1268 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **LEBANON COUNTY COMMISSIONERS**, *et al.*, | : |
| Defendants | : |

## **ORDER**

AND NOW, this 10th day of January, 2018, upon consideration of the motion (Doc. 13) for reconsideration filed by *pro se* plaintiff Amy McBride ("McBride"), in which McBride asks the court to reconsider its order (Doc. 12) of October 4, 2017, adopting the report and recommendation (Doc. 7) of Magistrate Judge Martin C. Carlson and dismissing McBride's complaint (Doc. 1) on both justiciability and timeliness grounds, (see Doc. 12 at 1), and the court finding no basis to reconsider either legal determination, see Max's Seafood Café v. Quinteros, 176 F.3d 669, 677-78 (3d Cir. 1999); Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985), it is hereby ORDERED that McBride's motion (Doc. 13) for reconsideration is DENIED.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania